UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **12-22505-CIV-MORENO**

JUAN VELAZQUEZ *et al.*,

    Plaintiff,

vs.

SOUTH FLORIDA FEDERAL CREDIT UNION,

    Defendant.
_____/

## ORDER GRANTING MOTION TO EFFECT PROPER SERVICE

THIS CAUSE came before the Court upon the Motion to Effect Proper Service (**D.E. No. 9**), filed on **August 2, 2012**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. Defendant is required to effect proper service of all documents filed on the Court's docket.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of August, 2012.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record