UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 12-22505-CIV-MORENO

VELAZQUEZ et al.,

    Plaintiffs,

vs.

SOUTH FLORIDA FEDERAL CREDIT UNION,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL AND
## ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon Defendant's Motion to Dismiss **(D.E. No. 8)**, filed on **July 26, 2012**. It is

**ADJUDGED** that this action is DISMISSED for failure to comply with the requirements of Local Rule 7.1(c). S.D. Fla. L.R. 7.1(c). Furthermore, the Court lacks jurisdiction to hear the instant case. According to *Rooker-Feldman* doctrine, "federal courts below the Supreme Court must not become a court of appeals for state court decisions. The state court appellant has to find a state court remedy, or obtain relief from the U.S. Supreme Court." *See Vazquez v. YII Shipping Company, Ltd.*, No. 11-15141 (11th Cir. filed Aug. 30, 2012).

**ADJUDGED** that all pending motions in this case are DENIED as moot with leave to refile if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this 25 day of September, 2012.

                                                            FEDERICO A. MORENO
                                                            UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record