# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

FILED by _____ D.C.

DEC 2 7 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S. D. of FLA. – MIAMI

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 19, 2013

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: **12-15222-DD**
Case Style: Juan Velazquez v. South FL Federal Credit Union
District Court Docket No: 1:12-cv-22505-FAM

The following record materials in the referenced case are returned herewith: <u>One volume of record on appeal.</u>

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Daniel Richardson
Phone #: (404) 335-6115

REC-3 Ltr Returning Record to DC

/ Vol.